1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  DEREK R. OWENS (CABN 230237)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue, 11th Floor
      San Francisco, California  94102
      Telephone:  (415) 436-6488
7     Fax:  (415) 436-7234
      Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )   CR No.: 06-0789 WHA
15                                  )
                                    )
16        Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER EXCLUDING TIME
17    v.                            )
                                    )
18 MICHAEL JOHNSON,                 )
                                    )
19        Defendant.                )
   _____)
20

21      On January 17, 2006, the parties in this case appeared before the Court for a detention

22 hearing.  At that time, the parties stipulated that time should be excluded from the Speedy

23 Trial Act calculations from January 17, 2006 through January 27, 2007 due to the pending

24 detention motion, and the effective preparation of defense counsel.  The parties

25 represented that granting the continuance was the reasonable time necessary for effective

26 preparation of defense counsel, taking into account the exercise of due diligence.  See 18

27 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by

28 granting such a continuance outweighed the best interests of the public and the defendant

Stipulation and [Proposed] Order

in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                           KEVIN V. RYAN
                                           United States Attorney

DATED: 1/26/2007           /s/ Derek R. Owens
                                           DEREK R. OWENS
                                           Special Assistant United States Attorney

DATED: 01/29/07           /s/ Steven Kalar
                                           STEVEN KALAR
                                           Attorney for Michael Johnson

    As the Court found on January 17, 2006, and for the reasons stated above, the Court finds that an exclusion of time between January 17, 2006 through January 27, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: January 31, 2007           _____
                                           THE HONORABLE JAMES LARSON
                                           United States Magistrate Judge

*IT IS SO ORDERED* — Judge James Larson, United States District Court, Northern District of California